IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT HAMMERSLEY,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

v.                                                  14-cv-196-wmc

BARBARA DELAP, WILLIAM FLANAGAN,
DAVID SMITH, VERONICA SMITH,
CHRISTY TERZICH, C. ROSENTHAL,
CHRIS RAUCH, D. BOGENPOHL and
CRAIG ROSENTHAL,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Robert Hammersley's request for leave to proceed and dismissing this case with prejudice for failure to state a claim upon which relief may be granted under 42 U.S.C. § 1983.

    /s/                                                                           3/3/2015

Peter Oppeneer, Clerk of Court                              Date