IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT HAMMERSLEY,

                Plaintiff,

v.

BARBARA DELAP, *et al.*,

                Defendants.

ORDER

14-cv-196-wmc

---

Plaintiff Robert Hammersley filed a civil action pursuant to 42 U.S.C. § 1983, alleging malpractice in connection with dental care that he received while incarcerated. On March 3, 2015, the court dismissed the complaint for failure to state a claim upon which relief may be granted under § 1983. Hammersley has now filed a motion for reconsideration, which is construed as one seeking to alter or amend the judgment under Fed. R. Civ. P. 59(e). To prevail on a motion under Rule 59(e), the moving party must identify an error of law that merits reconsideration of the judgment. *See Obriecht v. Raemisch*, 517 F.3d 489, 494 (7th Cir. 2008); *Sigsworth v. City of Aurora, Ill.*, 487 F.3d 506, 511-12 (7th Cir. 2007). Hammersley does not show that the dismissal order was entered in error or that he is entitled to relief from the judgment. Accordingly, the motion will be denied.

ORDER

IT IS ORDERED that plaintiff Robert Hammersley's motion for reconsideration (Dkt. # 9) is DENIED.

Entered this 17th day of March, 2015.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge